JUDGE JAMES L. ROBART
Hearing Date: September 23, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEATHER FERNLEY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PULMONX CORPORATION, a Delaware Corporation, <br><br> Defendant. | CASE NO. 2:25-cv-01790-JLR <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |

This matter came before the Court on Defendant's Unopposed Motion for Extension of Time to File Response to Complaint. The Court, having reviewed the motion, any response and reply thereto, as well as the court records and files, and being otherwise fully informed,

///
///
///
///
///
///
///
///

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT – Page 1

O'HAGAN MEYER PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206-844-1350

1  NOW, THEREFORE, HEREBY ORDERS that Defendant's Unopposed Motion for
2  Extension of Time to File Response to Complaint (Dkt. # 9) is **GRANTED**. Defendant shall file
3  an Answer to Plaintiff's Complaint by October 7, 2025.

5  IT IS SO ORDERED.
6  DATED this 23rd day of September, 2025.

_____
HONORABLE JAMES L. ROBART

Presented by:

*s/Shannon Prokop*_____
Shannon Prokop, WSBA No. 59061
sprokop@ohaganmeyer.com
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 844-1350
Facsimile: (206) 844-1355

Bradley J. Krupicka, WSBA No. 43768
bkrupicka@ohaganmeyer.com
805 SW Broadway, Suite 2280
Portland, Oregon 97205
Telephone: 971.315.0650
Facsimile: 971.315.0720

**Attorneys for Defendant**

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT
– Page 2

O'HAGAN MEYER PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206-844-1350